UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CASE NUMBER 4:22-CR-00274 |
| § | |
| SAMUEL EUGENE GARRETT, JR (10) § | |

## UNOPPOSED MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes SAMUEL EUGENE GARRETT, JR., defendant in the above-captioned cause, and shows the following:

I.

Final Pretrial Conference is set for October 4, 2024, with a plea deadline of September 13, 2024. (*See* Dkt 181)

II.

Counsel was appointed to this case on August 08, 2024. (*See* Dkt 180)

III.

A Scheduling Order for Pretrial Discovery and Inspection was entered on August 08, 2024. (*See* Dkt 182).

IV.

Counsel has not received discovery from the Government for this case and needs more time to collect and review discovery and meet with the Defendant.

This motion is not made for purposes of delay, but that justice may be done.

**WHEREFORE, PREMISE CONSIDERED,** Defendant prays that the Court enter its order continuing the above-referenced matter until some future date.

Respectfully submitted,

*/s/ Sanjay Biswas*
SANJAY BISWAS
Law Office of Sanjay Biswas
TX SBN 24061235
11720 Duxbury Dr.
Frisco, TX 76035
Tel: (972) 866-5879
Fax: (800) 506-6804
Email: sanjaybiswas41@gmail.com
Attorney for Defendant

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with the AUSA, and they are not opposed to this Motion.

*/s/ Sanjay Biswas*
SANJAY BISWAS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion was served to the AUSA via ECF system on August 10, 2024.

*/s/ Sanjay Biswas*
SANJAY BISWAS